ers affirmed, with $10 costs and disbursements in each. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Emma A. HOFFMAN, respondent, v. Lottie E. HOFFMAN and Nettie A. Chatwin, individually and as executrices, etc., and Carrie Blakely, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Orders severally affirmed, with $10 costs and disbursements (one bill of costs) to plaintiff-respondent. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Thomas E. HOGAN, doing business under the name of J. F. Heintz & Co., applt., v. WESTERN UNION TEL. CO. and one, respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Orders affirmed with $10 costs and disbursements. All concur.

In the Matter of Lizzie II. HOLME, decd. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed. See, also, 167 App. Div. 237, 242, 152 N. Y. Supp. 822, 826.

Robert HOLMES, individually and as Trustee, etc., et al., Applts., v. Hugh N. CAMP, indiv., etc., et al., Defts., Impld. with Gerard S. Parsons as sole surviving Exr., etc., Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Scott, J., dissenting. Order filed.

Robert HOLMES et al. v. Hugh N. CAMP et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion granted; questions certified. Order filed.

Isador HOLZMAN, an infant, etc., respondent, v. Elias LEVINSON, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, without prejudice to an application at Special Term to open the default.

In the Matter of The HOME INSURANCE COMPANY OF NEW YORK, etc. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Theodore W. HOOKER, respt., v. Amelia HOOKER. applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment and order affirmed with costs. All concur.

Paul W. HORBACH v. William J. ARKELL. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied. See memo. Order filed.

Edith M. HOWE, respondent, v. Alfred F. HOWE, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) The defendant neglected his opportunity to appeal from the order until, by agreement with his wife, he was enabled to embarrass the recovery of compensation by plaintiff's counsel. For this reason the order should be affirmed without expression of opinion as to the right of the attorney to base a recovery for his services upon the order. Order affirmed, with $10 costs and disbursements. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Wilbur M. HOWE. respt., v. NEW YORK CENTRAL & HUDSON RIVER R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion to dismiss appeal granted unless appellant file and serve printed papers on appeal within 15 days and pay to respondent's attorney $10.

Sarah C. HOWES, as Admx. etc., Applt.. v. NEW YORK PRESS COMPANY. Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of Supplementary Proceedings. Albert S. HOYD, etc., appellant, v. Reuben MEINBERG, respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

David HUBEL et al., infants, etc., v. Ernest HONIG. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

HUDSON VALLEY DAIRY COMPANY, respondent, v. Hyman SHERESHEVSKY, appellant. (Supreme Court. Appellate Division, Second Department. November 24, 1915.) Motion for reargument denied, with $10 costs.

HUDSON WRECKING & LUMBER CO.. Inc., Applt., v. Spencer ALDRICH, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Determination affirmed, with costs. No opinion. Order filed.

Thomas HUGHES, as Admr., etc., Applt., v. NEW YORK CONTRACTING CO., Respt. (Supreme Court, Appellate Division. First Department. June 23, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Order filed.

William HUND, Jr., and one, respts., v. Louisa BEHRINGER, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment of Supreme Court and judgment of City Court reversed, with costs to appellant to abide event, and a new trial granted, to be had in the City Court on the 1st day of June, 1916, at 10 a. m. Held, that the weight of the evidence shows that the plaintiffs waived or estopped themselves from any claim of commissions. All concur, except Kruse, P. J., and De Angelis, J., who dissent, and vote for affirmance. See Winans v. Jacques, 10 Daly, 487; Travis v. Bowron, 138 App. Div. 554, 123 N. Y. Supp. 290.